IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGIE ARTHUR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-3742 |
| | § | |
| HOWARD K. STERN, CBS STUDIOS, | § | |
| INC, and KPRC HOUSTON, | § | |
| | § | |
| Defendants. | § | |

**ORDER ENFORCING AND MODIFYING AGREED PROTECTIVE ORDER**

Defendant CBS Studios, Inc. has filed a Motion to Enforce and Modify the Agreed Protective Order. The plaintiff has filed a response. Based on the motion, response, the record, and the applicable law, the court grants the motion, as follows.

As provided in the Agreed Protective Order, the plaintiff, Virgie Arthur, must return CBS Studio, Inc.'s confidential documents within 60 days of the Unopposed Dismissal with Prejudice, on or before **March 27, 2009**.

The Agreed Protective Order in this case is modified so that the depositions of Virgie Arthur, David Leigh, and Stephen Turnstall taken in this case, as well as the documents produced by David Leigh in this case, may be used and referred to in Cause No. 2008-24181 pending in the 280th District Court, Harris County, Texas. This is based on the continued presence in Cause No. 2008-24181 of defendants who worked with CBS and on the fact that CBS broadcasts are at issue in that case. These depositions and documents are to be designated as "confidential" under the Agreed Protective Order entered in Cause No. 2008-24181.

SIGNED on March 10, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge